OWENS, Circuit Judge,
concurring:
I fully join . Judge O’Seannlain’s opinion, which faithfully applies controlling law to the question at hand. But what a bad hand it is — requiring more than 16 pages to resolve an advisory question. I applaud the United States Sentencing Commission for reworking U.S.S.G. § 2L1.2 to spare judges, lawyers, and defendants from the wasteland of Descamps. See U.S.S.G. supp. app. C, amend. 802 (2016); U.S.S.G. § 2L1.2(b) (2016). I continue to urge the Commission to simplify the Guidelines to avoid the frequent sentencing adventures more complicated than reconstructing the Staff of Ra in the Map Room to locate the Well of the Souls. Cf. Almanza-Arenas v. Lynch, 815 F.3d 469, 482-83 (9th Cir. 2016) (en banc) (Owens, J., concurring); Raiders of the Lost Ark (Paramount Pictures 1981).